IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEBORAH DOWDY**                                                                    **PLAINTIFF**

v.                              **CASE NO. 2:20-CV-00243-BSM**

**PROTECTIVE LIFE INSURANCE COMPANY and
KERNODLE FUNERAL HOME, INC.**                              **DEFENDANT**

### ORDER

The motion to dismiss [Doc. No. 16] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE