IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEBORAH DOWDY**                                                                **PLAINTIFF**

v.                  **CASE NO. 2:20-CV-00243-BSM**

**PROTECTIVE LIFE INSURANCE COMPANY and**
**KERNODLE FUNERAL HOME, INC.**                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE